---------------------------------------------------------x

WILLIAM KELLY,

               Plaintiff,

                      CIVIL JUDGMENT

         -against-                  05-CV-2127 (SJ)

NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICE; NEW YORK
STATE DIVISION/DEPARTMENT OF PAROLE;
NEW YORK CITY DISTRICT ATTORNEY
KINGS COUNTY,

               Defendants.

---------------------------------------------------------x

Pursuant to the order issued __on May 31, 2005__ by the Honorable Sterling Johnson, Jr.,

dismissing the complaint, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order

would not be taken in good faith.

                                                 _____
                                                 STERLING JOHNSON, JR.
                                                 United States District Judge

Dated: Brooklyn, New York
        May 31, 2005

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ___June 13, 2005